*UNITED STATES DISTRICT COURT*
*Western District of North Carolina*
*Charles R. Jonas Building*
*401 West Trade Street, Room 230*
*Charlotte, North Carolina 28202*

*Chambers of*
*Graham C. Mullen*                                      *Phone# 704-350-7450*
*Senior U.S. District Judge*

July 23, 2009

George D. Reynolds, Esquire
Staff Counsel
Judicial Conference of the U.S.
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

RE:    Amendment to the Calendar Year 2007 Filing

Dear George:

Please disregard the self-initiated amendment sent to you by fax earlier today. The document enclosed with the letter is the corrected amendment to my 2007 Financial Disclosure Report.

Please call me if you need further information.

Sincerely,



Graham C. Mullen

MULLEN_ GRAHAM_ C

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GRAHAM C. MULLEN<br>**SELF INITIATED AMENDMENT FOR 2007** | 07/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. ▅▅▅▅▅▅ | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. ▅▅▅▅ | | | ▅▅▅▅▅▅▅▅▅▅▅▅ | | | | | | |
| 5. ▅▅▅▅▅▅▅▅▅▅ ▅▅▅▅ | | | ▅▅▅▅▅▅▅▅ | | | | | | |
| 8. | | | | | | | | | |
| 9. ▅▅▅▅▅▅▅▅▅▅▅ ▅▅▅▅▅▅▅▅▅▅▅ | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MULLEN, GRAHAM C. | WESTERN DISTRICT OF N.C. | 7/23/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - SENIOR | ☐ Nomination, Date    ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

**7. Chambers or Office Address**

230 CHARLES R. JONAS BUILDING
401 WEST TRADE STREET
CHARLOTTE, NC 28202

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer        Date

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ███████ | ████████████████ |
| 2. ███████ | ████████████████ |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 27 A 10: 46 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/23/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ▮ | ▮ | ▮ |
| 2. ▮ | ▮ | ▮ |
| 3. ▮ | ▮ | ▮ |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ████████ | ██ | ███ | ● | ● | | | | | |
| 2. | | | | | | | | | |
| 3. ████████ | ● | ███ | ● | ● | | | | | |
| 4. | | | | | | | | | |
| 5. ████ | | ███ | ● | ● | | | | | |
| 6. | | | | | | | | | |
| 7. ████████ | ● | ████ | ● | ● | | | | | |
| 8. | | | | | | | | | |
| 9. ██████ | ● | ███ | | | ██ | ██ | ● | | |
| 10. | | | | | | | | | |
| 11. █████ | ● | ███ | ● | ● | | | | | |
| 12. | | | | | | | | | |
| 13. █████ | ● | ███ | ● | ● | | | | | |
| 14. | | | | | | | | | |
| 15. ████ | ● | ███ | ● | ● | | | | | |
| 16. | | | | | | | | | |
| 17. █████ | ● | ███ | ● | ● | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. ▬▬▬ | ● | ▬▬▬ | ● | ● | | | | | |
| 20. | | | | | | | | | |
| 21. ▬▬▬ | ● | ▬▬▬ | ● | ● | | | | | |
| 22. | | | | | | | | | |
| 23. ▬▬▬ | | ▬▬ | ● | ● | | | | | |
| 24. | | | | | | | | | |
| 25. ▬▬▬ | | ▬▬ | | | ▬▬ | ▬▬ | ● | | |
| 26. | | | | | ▬▬ | ▬▬ | ● | | |
| 27. | | | | | | | | | |
| 28. ▬▬▬▬▬ | | | | | | | | | |
| 29. ▬▬▬▬ | | | | | | | | | |
| 30. ▬▬▬ | ● | ▬▬▬ | ● | ● | ▬▬ | ▬▬ | ● | | |
| 31. | | | | | | | | | |
| 32. ▬▬▬▬ | | ▬▬ | ▲ | ● | | | | | |
| 33. | | | | | | | | | |
| 34. ▬▬▬ | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▬▬▬▬▬ | | | | | | | | | |
| 36. ▬▬▬▬ | ● | ▬▬▬ | | | ▬▬ | ▬▬ | ◄ | | |
| 37. | | | | | | | | | |
| 38. ▬▬▬ | ● | ▬▬▬ | | | ▬▬ | ▬▬ | ● | | |
| 39. | | | | | | | | | |
| 40. ▬▬▬▬ | ● | ▬▬▬ | | | ▬▬ | ▬▬ | ◄ | | |
| 41. | | | | | | | | | |
| 42. ▬▬▬ | ● | ▬▬▬ | | | ▬▬ | ▬▬ | ● | | |
| 43. | | | | | | | | | |
| 44. ▬▬▬▬ | ● | ▬▬▬ | | | ▬▬ | ▬▬ | ● | | |
| 45. | | | | | | | | | |
| 46. ▬▬▬ | ● | ▬▬▬ | | | ▬▬ | ▬▬ | ● | | |
| 47. | | | | | | | | | |
| 48. ▬▬▬▬ | ● | ▬▬▬ | | | ▬▬ | ▬▬ | ● | | |
| 49. | | | | | | | | | |
| 50. ▬▬▬▬ | ● | ▬▬▬ | | | ▬▬ | ● | ● | | |
| 51. | | | | | ▬▬ | ▬ | ◄ | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | ▆▆ ▆▆ | ▆▆ | ▆▆ | | |
| 53. | | | | | ▆▆ ▆▆ | ▆▆ | ▆▆ | | |
| 54. | | | | | ▆▆ | ▆▆ | ▆▆ | | |
| 55. | | | | | | | | | |
| 56. ▆▆▆▆▆▆▆▆ | | | | | | | | | |
| 57. ▆▆▆▆▆ | ● | ▆▆▆ | | | ▆▆ | ▆▆ | ● | | |
| 58. | | | | | | | | | |
| 59. ▆▆▆▆ | ● | ▆▆▆ | | | ▆▆ | ▆▆ | ● | | |
| 60. | | | | | | | | | |
| 61. ▆▆▆▆ | ● | ▆▆▆ | ● | ● | | | | | |
| 62. | | | | | | | | | |
| 63. ▆▆▆▆ | ● | ▆▆▆ | ● | ● | | | | | |
| 64. | | | | | | | | | |
| 65. ▆▆▆▆▆ | ● | ▆▆▆ | | | ▆▆ | ▆▆ | ● | | |
| 66. | | | | | | | | | |
| 67. ▆▆▆▆▆ | ● | ▆▆▆ | | | ▆▆ | ▆▆ | ▆▆ | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ▬▬▬ | ● | ▬▬ | ● | ● | | | | | |
| 70. | | | | | | | | | |
| 71. ▬▬▬ | ● | ▬▬ | ● | ● | | | | | |
| 72. | | | | | | | | | |
| 73. ▬▬▬ | ● | ▬▬ | | | ▬▬ | ▬▬ | ● | | |
| 74. | | | | | | | | | |
| 75. ▬▬▬ | ● | ▬▬ | | | ▬▬ | ▬▬ | ● | | |
| 76. | | | | | | | | | |
| 77. ▬▬▬ | ● | ▬▬ | | | ▬▬ | ▬▬ | ▬ | | |
| 78. | | | | | | | | | |
| 79. ▬▬▬ | ● | ▬▬ | | | ▬▬ | ▬▬ | ● | | |
| 80. | | | | | | | | | |
| 81. ▬▬▬ | ● | ▬▬ | | | ▬▬ | ▬▬ | ● | | |
| 82. | | | | | | | | | |
| 83. ▬▬▬ | ● | ▬▬ | | | ▬▬ | ▬▬ | ▬ | | |
| 84. | | | | | | | | | |
| 85. ▬▬▬ | ● | ▬▬ | | | ▬▬ | ▬▬ | ● | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. ▬▬▬ | ■ | ▬▬ | | | ▬ | ▬ | ■ | | |
| 88. | | | | | | | | | |
| 89. ▬▬▬▬ | ■ | ▬▬▬ | ■ | ■ | | | | | |
| 90. ▬▬▬▬▬ | | | | | ▬ | ▬ | ■ | | |
| 91. | | | | | ■ | ▬▬ | ▬ | | |
| 92. | | | | | | | | | |
| 93. ▬▬▬▬▬ | | | | | ▬ | ▬ | ▬ | | |
| 94. | | | | | ■ | ▬ | ▬ | | |
| 95. | | | | | ■ | ▬ | ■ | | |
| 96. | | | | | | | | | |
| 97. ▬▬▬▬ | | | | | ■ | ▬ | ■ | | |
| 98. ▬▬▬▬ | | | | | ▬ | ▬▬ | ■ | ▬ | |
| 99. | | | | | | | | | |
| 100. ▬▬▬▬▬ | | | | | ■ | ▬ | ■ | ■ | |
| 101. | | | | | ■ | ▬▬ | ■ | ■ | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ▆▆▆▆▆▆ | | | | | ▇ | ▇ | ▇ | | |
| 104. | | | | | ▇ | ▇ | ▇ | | |
| 105. | | | | | | | | | |
| 106. ▆▆▆▆▆▆ | | | | | ▇ | ▇ | ▇ | ▇ | |
| 107. | | | | | ▇ | ▇ | ▇ | ▇ | |
| 108. | | | | | | | | | |
| 109. ▆▆▆▆▆▆ | | | | | ▇ | ▇ | ▇ | ▇ | |
| 110. | | | | | ▇ | ▇ | ▇ | ▇ | |
| 111. | | | | | | | | | |
| 112. ▆▆▆▆▆▆ | | | | | ▇ | ▇ | ▇ | | |
| 113. | | | | | ▇ | ▇ | ▇ | | |
| 114. | | | | | | | | | |
| 115. ▆▆▆▆▆ | | | | | ▇ | ▇ | ▇ | | |
| 116. | | | | | | | | | |
| 117. ▆▆▆▆▆ | | | | | ▇ | ▇ | ▇ | ▇ | |
| 118. | | | | | ▇ | ▇ | ▇ | ▇ | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ███████████ | | | | | ██ | ██ | ██ | | |
| 121. | | | | | | | | | |
| 122. ███ | ██ | ████ | ██ | ██ | | | | | |
| 123. | | | | | | | | | |
| 124. ██████ | ██ | ████ | | | ██ | ██ | ██ | ██ | |
| 125. | | | | | | | | | |
| 126. █████ | ██ | ████ | ██ | ██ | | | | | |
| 127. | | | | | | | | | |
| 128. ████ | | ████ | ██ | ██ | | | | | |
| 129. | | | | | | | | | |
| 130. ████ | | ███ | ██ | ██ | | | | | |
| 131. | | | | | | | | | |
| 132. ████ | | ███ | ██ | ██ | | | | | |
| 133. | | | | | | | | | |
| 134. ████████ | | ███ | ██ | ██ | | | | | |
| 135. | | | | | | | | | |
| 136. ████████ | | ███ | ██ | ██ | ██ | ████ | ██ | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. ▓▓▓ | ▓ | ▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | |
| 139. | | | | | ▓ | ▓ | ▓ | | |
| 140. | | | | | | | | | |
| 141. ▓▓▓▓ | ▓ | ▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | |
| 142. | | | | | ▓ | ▓ | ▓ | | |
| 143. | | | | | ▓ | ▓ | ▓ | | |
| 144. | | | | | | | | | |
| 145. ▓▓ | ▓ | ▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | |
| 146. | | | | | | | | | |
| 147. ▓▓▓▓▓ | | ▓ | | | ▓ | ▓ | ▓ | | |
| 148. | | | | | | | | | |
| 149. ▓▓▓ | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | |
| 150. | | | | | | | | | |
| 151. ▓▓ | ▓ | ▓▓▓ | | | ▓ | ▓ | ▓ | | |
| 152. | | | | | ▓ | ▓ | ▓ | ▓ | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ▬▬▬ | ▬ | ▬▬▬ | ▬ | ▬ | ▬▬ | ▬▬ | ▬ | | |
| 155. | | | | | | | | | |
| 156. ▬▬▬ | ▬ | ▬▬▬ | | | ▬▬ | ▬▬ | ▬ | | |
| 157. | | | | | ▬▬ | ▬▬ | ▬ | | |
| 158. | | | | | | | | | |
| 159. ▬▬▬ | | ▬▬ | ▬ | ▬ | ▬▬ | ▬▬ | ▬ | | |
| 160. | | | | | | | | | |
| 161. ▬▬ | ▬ | ▬▬▬ | ▬ | ▬ | ▬▬ | ▬▬ | ▬ | | |
| 162. | | | | | | | | | |
| 163. ▬▬▬▬ | | ▬▬ | ▬ | ▬ | ▬▬ | ▬▬ | ▬ | | |
| 164. | | | | | | | | | |
| 165. ▬▬▬ | ▬ | ▬▬ | ▬ | ▬ | ▬▬ | ▬▬ | ▬ | | |
| 166. | | | | | | | | | |
| 167. ▬▬▬▬ | | ▬▬ | ▬ | ▬ | ▬▬ | ▬▬ | ▬ | | |
| 168. | | | | | ▬▬ | ▬▬ | ▬ | | |
| 169. | | | | | | | | | |
| 170. ▬▬▬ | | ▬▬ | | | ▬▬ | ▬▬ | ▬ | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. ▬▬▬ | | ▬▬ | ▬ | ▬ | ▬▬ | ▬▬ | ▬ | | |
| 173. | | | | | | | | | |
| 174. ▬▬▬ | | | | | | | | | |
| 175. ▬▬▬ | ▬ | ▬▬ | ▬ | ▬ | | | | | |
| 176. | | | | | | | | | |
| 177. ▬▬▬ | ▬ | ▬▬▬ | ▬ | ▬ | | | | | |
| 178. | | | | | | | | | |
| 179. ▬▬▬ | ▬ | ▬▬ | ▬ | ▬ | | | | | |
| 180. | | | | | | | | | |
| 181. ▬▬▬ | ▬ | ▬▬ | ▬ | ▬ | | | | | |
| 182. | | | | | | | | | |
| 183. ▬▬▬ | ▬ | ▬▬ | ▬ | ▬ | | | | | |
| 184. | | | | | | | | | |
| 185. ▬▬▬ | ▬ | ▬▬ | ▬ | ▬ | | | | | |
| 186. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*



## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544